UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : <br> : <br> : |
| **Plaintiff,** | : <br> : <br> : |
| v. | :     No. 1:21-cv-10203-ADB <br> : |
| **MARK J. AHN,** | : <br> : <br> : |
| **Defendant.** | : <br> : <br> : |

## JOINT MOTION FOR ENTRY OF PROPOSED
## JUDGMENT AGAINST DEFENDANT MARK J. AHN

Plaintiff, the United States Securities and Exchange Commission (the "Commission"), and defendant Mark J. Ahn move that this Court enter the attached proposed Judgment. The Commission and Ahn have agreed to all terms in the Judgment. In support of this motion, the parties have attached a Consent signed by Ahn and his counsel memorializing his agreement to the terms of the Judgment. The parties respectfully request that the Court enter the attached proposed Judgment.

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

*/s/ Alfred A. Day*
Alfred A. Day (BBO No. 654436)
Martin F. Healey (BBO No. 227550)
Asita Obeyesekere (DC Bar No. 451637)
Nita Klunder (BBO No. 689304)
33 Arch Street, 24th Floor
Boston, MA  02110
(617) 573-4537

Attorneys for Plaintiff

**BRUCH HANNA LLP**

*/s/ Sandra M. Hanna*
Sandra M. Hanna (*pro hac vice*)
1099 New York Avenue, Suite 500
Washington, DC  20001
(202) 969-1630

Attorneys for Defendant

Dated:  April 27, 2021